**Willie Earl MOORE Plaintiff-Appellant**

v.

**Carolyn W. COLVIN, Acting Commissioner of Social Security Defendant-Appellee**

**No. 16-1529**

United States Court of Appeals, Eighth Circuit.

Submitted: December 2, 2016

Filed: December 7, 2016

Willie Earl Moore, Pro Se

Nicholas P. Llewellyn, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Missouri, Saint Louis, MO, Julia Catherine Walker, Social Security Administration, Office of General Counsel Region VII, Kansas City, MO, for Defendant-Appellee

Before SMITH, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Willie Earl Moore appeals the order of the district court[1] affirming the Commissioner's determination that he is not entitled to supplemental security income, after his hearing before an administrative law

1. The Honorable David D. Noce, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was re-

judge. Upon review, we are satisfied that the decision is supported by substantial evidence on the whole record. See Johnson v. Chater, 108 F.3d 942, 944 (8th Cir. 1997). The judgment of the district court is affirmed. See 8th Cir. R. 47B.

ferred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).